Kalman Szabo, Respondent, v. Albert Toth, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Eva Schurik, Respondent, v. Mannie E. Schwartz, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of a copy of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Isidore Stabsky and Mary Scher, Respondents, v. Maurice Vassello, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Louis Citron, Appellant, v. Benjamin Rudnick, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Frank Mascali & Sons, Inc., Respondent, v. Federation Bank and Trust Company, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Max E. Tilson, Appellant.— Judgment reversed, information dismissed and fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to affirm.

James H. Payne, Appellant, v. Florence P. Grimm, Director, and Nicholas W. Muller, Executive Director of the State Insurance Fund of the Department of Labor of the State of New York, Respondents, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Jacob Gold and Samuel Solomon, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Gleb Bourianoff, on Behalf of Himself and All Other Tenants of Metropolitan Life Insurance Company, Residing in the Parkchester Development and Similarly Situated, and New York Telephone Company, Respondents, v. Metropolitan Life Insurance Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days after service of a copy of order with notice of entry thereof on payment of said costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion to dismiss the complaint. No opinion.

Paul Meyer, Appellant, v. Court Square Building, Inc., and Julius Brandwein, Respondents.— Judgment unanimously affirmed, with costs to the respondent Julius Brandwein. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.